# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                     NO. 2024 KW 0458

VERSUS

DONALD RAY SMITH                                       **AUGUST 12, 2024**

---

In Re:    Donald Ray Smith, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          07-13-0191.

---

BEFORE:    **WOLFE, MILLER, AND GREENE, JJ.**

    **WRIT DENIED.**

                                **EW**
                              **SMM**
                              **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT